IN RE ESTATE OF BRYANT

No. 501P89

Case below: 95 N.C.App. 782

Petition by George A. Bryant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

IN RE WILL OF PENLEY

NO. 454P89

Case below: 95 N.C.App. 655

Petition by propounders for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

JENKINS v. CITY OF KINGS MOUNTAIN

No. 511P89

Case below: 95 N.C.App. 661

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 18 January 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

LORMIC DEVELOPMENT CORP. v.
NORTH AMERICAN ROOFING CO.

No. 498P89

Case below: 95 N.C.App. 705

Petition by defendant (Diversitech General) for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

LYNCH v. NEWSOM

No. 527P89

Case below: 96 N.C.App. 53

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.